[No. 31547-1-I. Division One. December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LARONE CHARLES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-00855-2, Michael J. Fox, J., entered October

12, 1992. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Webster and Agid, JJ.